HITE, FANNING & HONEYMAN L.L.P.
100 N. Broadway, Suite 950
Wichita, Kansas 67202
Tel: (316) 265-7741
Fax: (316) 267-7803

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| BLU NIGHTCLUB: DARREN GREIVING, and | ) ) ) |
| CLUB INDIGO OLD TOWN LLC; dba INDUSTRY OLD TOWN: BRADLEY J. STEVEN and | ) ) ) ) ) |
| VORSHAY'S COCKTAIL LOUNGE: STEVEN PETERS and | ) ) ) |
| THE COWBOY INN: JEANNIE AHRENS, and | ) ) ) |
| PARTY EXPRESS, LLC: DALLAS BROZ, and | ) ) ) |
| WICHITA'S BALLROOM CHAOMIN HSU, and | ) ) ) |
| AUGUSTINO BREWING CO.; AUGUSTINO IACOPELLI and | ) ) ) |
| THE STOP: ALAN BRINKMAN, and | ) ) ) |
| THE RUSTY NAIL: KRISTI IVY, and | ) ) ) |
| A & J'S MUSIC ROOM BAR & GRILL: ART AGNER, and | ) ) ) |
| REVOLUTION LOUNGE: KYLE OKUMURA, and | ) ) ) |
| NICK SUTTER, and | ) |

|  |  |  |
|---|---|---|
| JOSIAH MCCOY | ) | |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | CASE NO.: |
| | ) | |
| MAYOR BRANDON WHIPPLE, in his official capacity as Mayor of the City of Wichita, and | ) ) ) ) | |
| PETE MEITZER, MICHAEL O'DONNELL, DAVID DENNIS, and LACEY CRUSE in their official capacities as Sedgwick County Commissioners, and | ) ) ) ) ) ) ) | |
| BRANDON JOHNSON, BECKY TUTTLE, and CINDY CLAYSON in their official capacities as Members of the City Counsel of the City of Wichita, and | ) ) ) ) ) ) | |
| GAROLD MINNS in his official capacity as the Sedgwick County Local Health Officer, and | ) ) ) ) | |
| CHIEF GORDON RAMSEY in His official capacity as the Chief of Police of the City of Wichita, and | ) ) ) ) | |
| JEFF EASTER in his official capacity as the Sheriff of Sedgwick County, Kansas, and | ) ) ) ) | |
| MARK SROUFE in his official capacity as the Sedgwick County Park Superintendent, and | ) ) ) ) | |
| TOM STOLZ in his official capacity as the Sedgwick County Manager, and | ) ) ) ) | |
| DARRELL HAYNES in his official capacity as Sedgwick County Courthouse Police Chief, and | ) ) ) ) ) | |

| | |
|---|---|
| DOUGLAS J. WILLIAMS in his official capacity as Sedgwick County Fire Chief, and | ) ) ) ) |
| ADRIENNE BRYNE in her Official capacity as Sedgwick County Animal Control Director, and | ) ) ) ) ) ) |
| CHRIS W. LABRUM in his official capacity as the Director of Sedgwick County Area Building and Construction Department, and | ) ) ) ) ) |
| SCOTT WADLE in his official capacity as the Sedgwick County Zoning Administrator, and | ) ) ) ) ) |
| JOHN DOE 1-20: and DOE ENTITIES 1-20. | ) ) ) |
| Defendants. | ) ) |

## JOINT NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. Sections 1331, 1441(c) and 1446, Defendants Pete Meitzer, Michael O'Donnell, David Dennis, Lacey Cruse, Garold Minns, Jeff Easter, Mark Sroufe, Tom Stolz, Darrell Haynes, Adrienne Byrne, Chris Labrum, and Douglas J. Williams (hereinafter referred to as "Sedgwick County Defendants") and Mayor Brandon Whipple, Brandon Johnson, Becky Tuttle, Cindy Claycomb, Chief Gordon Ramsey, and Scott Wadle (hereinafter referred to as "City of Wichita Defendants"), contemporaneously with the filing of this notice, is effecting the removal of the below referenced action from the Eighteenth Judicial District Court of Sedgwick County for the State of Kansas, to the United States District Court, District of Kansas. The removal is based, specifically, on the following grounds:

**PLEADINGS, PROCESS, AND ORDERS**

1. On November 25, 2020, Plaintiffs Blu Nightclub, Darren Greiving, Club Indigo Old Town LLC dba Industry Old Town, Bradley J. Steven, Vorshay's Cocktail Lounge, Steven Peters, The Cowboy Inn, Jeannie Ahrens, Party Express, LLC, Dallas Broz, Wichita's Ballroom. Chaomin Hsu, Augustino Brewing Co., Augustine Iacopelli, The Stop, Alan Brinkman, The Rusty Nail, Kristi Ivy, A & J's Music Room Bar & Grill, Art Agner, Revolution Lounge, Kyle Okumura, Nick Sutter and Josiah Mccoy, (hereinafter referred to as "Plaintiffs") commenced the above-entitled civil action in the Eighteenth Judicial District Court of Sedgwick County for the State of Kansas by filing a Petition therein entitled Mayor Brandon Whipple, in his official capacity as Mayor of the City of Wichita, and Pete Meitzer, Michael O'Donnell, David Dennis, and Lacey Cruse in their official capacities as Sedgwick County Commissioners, and Brandon Johnson, Becky Tuttle, And Cindy Clayson in their official capacities as Members of the City Council of the City of Wichita, and Garold Mims in his official capacity as the Sedgwick County Local Health Officer, and Chief Gordon Ramsey in his official capacity as the Chief of Police of the City of Wichita, and Jeff Easter in his official capacity as the Sheriff of Sedgwick County, Kansas, and Mark Sroufe in his official capacity as the Sedgwick County Park Superintendent, and Tom Stolz in his official capacity as the Sedgwick County Manager, and Darrell Haynes in his official capacity as Sedgwick County Courthouse Police Chief and Douglas J. Williams in his official capacity as Sedgwick County Fire Chief, and Adrienne Byrne in her official capacity as Sedgwick County Animal Control Director, and Chris W. Labrum in his official capacity as the Director of Sedgwick County Area Building and Construction Department, and Scott Wadle in his official capacity as the Sedgwick County Zoning Administrator, and John Doe 1-20; and Doe Entities 1-20, Case Number 2020 -CV-001825.

2. Filed contemporaneously herewith and incorporated by reference is a copy of all process and pleadings delivered to Sedgwick County Defendants, as required by 28 U.S.C. § 1446(a), including Plaintiff's Petition and Summons that have been served on Sedgwick County Defendants to date.

3. Plaintiff's Summons and Petition were served upon Sedgwick County Defendants on or about:

| | |
|---|---|
| Pete Meitzer | December 1, 2020 |
| Lacey Cruse | November 30, 2020 |
| Garold Minns | December 1, 2020 |
| Jeff Easter | November 30, 2020 |
| Mark Sroufe | November 30, 2020 |
| Tom Stolz | November 30, 2020 |
| Darrell Haynes | November 30, 2020 |
| Adrienne Byrne | November 30, 2020 |
| Chris Labrum | November 30, 2020 |
| Douglas J. Williams | December 1, 2020 |
| David Dennis | December 1, 2020 |

4. Plaintiff's Summons and Petition were served upon City of Wichita Defendants on or about:

| | |
|---|---|
| Mayor Brandon Whipple | November 30, 2020 |
| Brandon Johnson | November 30, 2020 |
| Becky Tuttle | November 30, 2020 |
| Cindy Claycomb | November 30, 2020 |
| Chief Gordon Ramsey | November 30, 2020 |
| Scott Wadle | November 30, 2020 |

5. Defendants have not filed an answer to Plaintiffs' Petition.

6. Venue is proper in this Court pursuant to 28 U.S.C. § 1446 as the United States District Court for the District of Kansas geographically embraces the state court in Sedgwick County, Kansas, in which Plaintiffs filed their state court action.

## FEDERAL QUESTION

7.  For federal question jurisdiction, federal courts can hear "all cases, in law and equity, arising under this Constitution, [and] the laws of the United States..." U.S. Constitution, Article III, Section 2. The Supreme Court has interpreted this clause broadly, finding that it allows federal courts to hear any case in which there is a federal ingredient. *Osborn v. President, Directors & Co. of Bank*, 22 U.S. 738, 823 (1824). Additionally, federal courts have jurisdiction only to those cases which "aris[e] under" federal law. 28 U.S.C § 1331. The Supreme Court has found that a "suit arises under the law that creates the cause of action." *Oklahoma ex rel. Wilson v. Blankenship*, 447 F.2d 687, 690-91 (10th Cir. 1971), citing *American Well Works v. Layne*, 241 US 257 (1916). Therefore, only suits based on federal law, not state lawsuits, are most likely to create federal question jurisdiction. See *Ben. Nat'l Bank v. Anderson*, 539 U.S. 1, 6 (2003), citing *Louisville & Nashville R. Co. v. Mottley*, 211 U.S. 149, 152 (1908).

8.  Plaintiffs' Petition contains federal questions under the First and Fourteenth Amendments to the United States Constitution and 42 U.S.C. § 1983. (See Petition, Claims one through six).

9.  Federal courts also exercise supplemental jurisdiction over claims that are so related to the claims in the action within original jurisdiction that they form part of the same case and controversy. 28 U.S.C. § 1367(a). Plaintiffs allege that the same actions by the same actors violate Article 2 of the Kansas Constitution, nondelegation and separation of powers and the Kansas Bill of Rights Section 1. Therefore, these claims are part of the same case or controversy and the court has supplemental jurisdiction over them.

10. Therefore, federal jurisdiction is proper. Removal is effected without waiving any

defenses.

## TIMELINESS OF REMOVAL

11. This Notice of Removal is timely filed in that it has been filed within thirty (30) days after receipt of Plaintiffs' Petition, which indicated that the matter is removable. 28 U.S.C. § 1446(b)(1). Further, the instant removal is within one year of the commencement of the underlying action as required by 28 U.S.C. § 1446(c)(1). As noted, Plaintiffs commenced this action on November 25, 2020.

12. For the foregoing reasons, this Court has original jurisdiction under 28 U.S.C. Sections 1331 and 1441(c).

13. Pursuant to D. Kan. 81.1(b)(3), this Notice of Removal is filed in Wichita, Kansas.

14. Sedgwick County and City of Wichita Defendants shall, promptly upon filing this Notice of Removal, file a copy of this Notice of Removal with the Eighteenth Judicial District Court of Sedgwick County, Kansas, as required by 28 U.S.C. § 1446(d) and give written notice to Plaintiffs.

15. Sedgwick County and City of Wichita Defendants are filing contemporaneously herewith a copy of all the pleadings and papers filed with the state court and a current docket sheet from the State Court Action.

WHEREFORE, Sedgwick County and City of Wichita Defendants respectfully remove this case from the Eighteenth Judicial District Court of Sedgwick County for the State of Kansas to this Court for all further proceedings, as provided by law and that, pursuant to 28 U.S.C. § 1446, the Eighteenth Judicial District Court of Sedgwick County for the State of Kansas proceed no further unless and until such further Order of this Court.

Respectfully submitted,

/s/ Gaye B. Tibbets
Gaye Tibbets #13240
Jon E. Newman #16612
HITE, FANNING & HONEYMAN L.L.P.
100 N. Broadway, Suite 950
Wichita, Kansas 67202
Telephone: (316) 265-7741
Facsimile: (316) 267-7803
Email: tibbets@hitefanning.com
Email: newman@hitefanning.com
*Attorneys for Sedgwick County Defendants*


/s/ Erik Houghton
Erik Houghton, #27368
City Attorney's Office City of Wichita
455 N. Main Street
Wichita, KS 67202
Telephone: (316) 268-4681
Facsimile: (316) 268-4335
Email: ehoughton@wichita.gov
*Attorneys for City of Wichita Defendants*

## CERTIFICATE OF SERVICE

        I certify that on December 3, 2020, I filed the above and foregoing Joint Notice of Removal using the Court's electronic filing system and sent a copy via U. S. mail and electronic mail to the following:

David Miller
DavidLMillerLaw@gmail.com
7200 W. 13th St. N.
Suite 203-204
Wichita, KS 67212
TEL (316) 201-6414
Attorney for Plaintiffs

        /s/ Gaye B. Tibbets
        Gaye B. Tibbets

/